| | |
|---|---|
| 1 | DAVIS WRIGHT TREMAINE LLP |
| | Mary H. Haas (State Bar No. 149770) |
| 2 |   maryhaas@dwt.com |
| 3 | Heather F. Canner (State Bar No. 292837) |
| |   heathercanner@dwt.com |
| 4 | 865 South Figueroa Street, Suite 2400 |
| 5 | Los Angeles, California 90017-2566 |
| | Telephone: (213) 633-6800 |
| 6 | Facsimile: (213) 633-6899 |
| 7 | Attorneys for Defendants |
| 8 | SUTTEL & HAMMER, APC; ERIN E. PATTERSON; KEVIN A. HOANG; JASON W. TANG |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY L. FRANCHITTO,<br><br>          Plaintiff,<br><br>vs.<br><br>SUTTELL AND HAMMER, APC; ERIN E. PATTERSON; KEVIN A. HOANG; and JASON W. TANG,<br><br>          Defendants. | Case No. **2:19-cv-04557-R-MRW**<br><br>**DEFENDANTS' NOTICE OF INTERESTED PARTIES**<br><br>[Fed. R. Civ. P. 7.1; Civil L.R. 7.1-1]<br><br>Action Filed: May 24, 2019 |

Pursuant to Fed. R. Civ. P. 7.1, Defendant Suttell & Hammer, APC ("Suttell") states that it has no parent corporation, and no publicly-held corporation owns 10% or more of its stock.

Pursuant to Civil Local Rule 7.1-1, the undersigned, counsel of record for Defendants Erin E. Patterson, Kevin A. Hoang, Jason W. Tang, and Suttell, certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Anthony L. Franchitto – Plaintiff
2. Suttell & Hammer, APC – Defendant
3. Erin E. Patterson – Defendant
4. Kevin A. Hoang – Defendant
5. Jason W. Tang – Defendant
6. Darwin Select Insurance Company – Suttell's Insurance Carrier

DATED: August 7, 2019

DAVIS WRIGHT TREMAINE LLP
MARY H. HAAS
HEATHER F. CANNER

By: /S/ *Heather F. Canner*
Heather F. Canner

Attorneys for Defendants
SUTTELL & HAMMER, APC,
ERIN E. PATTERSON, KEVIN A. HOANG, and JASON W. TANG