1  DAVIS WRIGHT TREMAINE LLP
   Mary H. Haas (State Bar No. 149770)
2    maryhaas@dwt.com
   Heather F. Canner (State Bar No. 292837)
3    heathercanner@dwt.com
4  865 South Figueroa Street, Suite 2400
   Los Angeles, California 90017-2566
5  Telephone: (213) 633-6800
   Facsimile: (213) 633-6899
6
7
   Attorneys for Defendants
8  SUTTEL & HAMMER, APC; ERIN E.
   PATTERSON; KEVIN A. HOANG;
9  JASON W. TANG

10                 UNITED STATES DISTRICT COURT
11                 CENTRAL DISTRICT OF CALIFORNIA
12

| | |
|---|---|
| ANTHONY L. FRANCHITTO,<br><br>    Plaintiff,<br><br>vs.<br><br>SUTTELL AND HAMMER, APC; ERIN E. PATTERSON; KEVIN A. HOANG; and JASON W. TANG,<br><br>    Defendants. | Case No. **2:19-cv-04557-R-MRW**<br><br>**NOTICE OF NON-OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**<br><br>Date: November 4, 2019<br>Time: 10:00 a.m.<br>Courtroom: 880<br><br>[*Local Rule 7-16*]<br><br>Action Filed: May 24, 2019 |

TO THE COURT AND ALL PARTIES AND COUNSEL OF RECORD, PLEASE TAKE NOTICE THAT:

On September 23, 2019, Plaintiff filed a Notice of Motion Hearing for his motion for leave to amend the complaint. The hearing on that motion is scheduled for November 4, 2019.

Although the claims in Plaintiff's proposed amended complaint are meritless, in the interest of preserving the parties' and the Court's time and resources, Defendants Suttell & Hammer, APC, Erin E. Patterson, Kevin A. Hoang, and Jason W. Tang will not oppose Plaintiff's motion for leave to amend.

DATED: October 11, 2019

DAVIS WRIGHT TREMAINE LLP
MARY H. HAAS
HEATHER F. CANNER

By: _____/s/ *Heather F. Canner*_____
        Heather F. Canner

Attorneys for Defendants
SUTTELL & HAMMER, APC,
ERIN E. PATTERSON, KEVIN A. HOANG, and JASON W. TANG