UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:19-cv-04557-R-MRW | Date | November 4, 2019 |
|---|---|---|---|
| Title | *Anthony L. Franchitto v. Suttell and Hammer, APC, et. al.* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Christine Chung | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) Order Re: Plaintiffs' Motion for Leave to Amend (DE 32)

Before the Court is Plaintiff Anthony L. Franchitto's Motion for Leave to Amend ("Motion") (DE 32), filed on September 23, 2019. In his Motion, Plaintiff requests leave to file a First Amended Complaint, which he attaches as Exhibit A (DE 32-1). On October 11, 2019, all Defendants filed a Notice of Non-Opposition to Plaintiffs' Motion (DE-35) representing that they do not oppose Plaintiff filing the First Amended Complaint attached as Exhibit A to Plaintiffs' Motion.

Due to Defendant's Non-Opposition to the Motion, the Court **GRANTS** Plaintiffs' Motion for Leave to Amend. Plaintiff shall file the First Amended Complaint within five (5) days of this Order.

The Court further reminds Plaintiff of his obligations under Local Rule 7-3, which requires "counsel contemplating the filing of any motion shall first contact opposing counsel to discuss thoroughly, preferably in person, the substance of the contemplated motion and any potential resolution." C.D. Cal. R. 7–3

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Deputy Clerk | cch |