UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No.    2:19−cv−04557−R−MRW                                    Date   12/16/2019

Title    ANTHONY L. FRANCHITTO V. SUTTEL AND HAMMER, APC ET AL

Present :   The Honorable R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE

|    Christine Chung    |    Anne Kielwasser    |    N/A    |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:           Attorneys Present for Defendants:

Anthony L. Franchitto, Pro Se              Mary H. Haas

**Proceedings:**     **SCHEDULING CONFERENCE**

   Case called. Court and counsel confer. The Scheduling Conference is held and the Court sets the following dates:

   Jury Trial (Est. 1−3 days):                August 11, 2020 at 09:00 AM
   Pretrial Conference:                      July 27, 2020 at 09:00 AM
   Motion Cut−Off Date (last day to file):
   Discovery Cut−Off Date:                   May 13, 2020

   Last day to motion the Court to add parties or amend complaint is 2/1/2020. Counsel inform the Court that they have selected settlement option number 1.

   **IT IS SO ORDERED.**

                                                                                        0:02
                                                               Initials of Preparer:  cch